Oliver W. Wanger (Bar No. 40331)
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
owanger@wjhattorneys.com
Telephone: 559.233.4800

Jon M. Wilson (Bar No. 190949)
Melissa J. Gomberg (Fla. Bar No. 44021)
Broad and Cassel
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, Florida 33131
jwilson@broadandcassel.com
mgomberg@broadandcassel.com
Telephone: 305.373.9400
*Attorneys for Defendant RehabCare Group, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. FELLEN, INC., a California corporation, dba SUNNYSIDE CONVALESCENT HOSPITAL, and DAKOTA MEDICAL, INC., a California corporation dba GLENOAKS CONVALESCENT HOSPITAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REHABCARE GROUP, INC., a Delaware corporation, and CANNON & ASSOCIATES, LLC, a Delaware limited liability corporation, dba POLARIS GROUP,<br><br>Defendants. | Case No. 1:14-cv-02081-GEB-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR REHABCARE GROUP, INC., TO RESPOND TO PLAINTFFS' DISCOVERY REQUESTS** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs R. FELLEN, INC., dba

SUNNYSIDE CONVALESCENT HOSPITAL ("Sunnyside"), and DAKOTA MEDICAL,

INC., dba GLENOAKS CONVALESCENT HOSPITAL ("Glenoaks") (Sunnyside and

Glenoaks together referred to as "Plaintiffs") and Defendant REHABCARE GROUP, INC. ("RehabCare") by and through their undersigned counsel:

1. On May 5, 2015, RehabCare was served with Plaintiffs' First Request for Production of Documents and Electronically Stored Information, Sunnyside's First Set of Interrogatories, Sunnyside's First Set of Requests for Admissions, and Glenoaks' First Set of Requests for Admissions ("Discovery Requests").

2. By stipulation dated June 5, 2015, Plaintiffs agreed to extend the time for RehabCare to respond to the Discovery Requests to and including June 29, 2015.

3. RehabCare shall have an additional extension of time through July 13, 2015, to serve objections to Plaintiffs' Discovery Requests and/or move for a Protective Order.

4. RehabCare shall have an additional extension of time through July 29, 2015, to serve substantive responses to Plaintiffs' Discovery Requests.

5. RehabCare shall have an additional extension of time through July 29, 2015, to serve any newly discovered objections to Plaintiffs' Discovery Requests or otherwise move for a Protective Order.

6. RehabCare shall continue to produce documents responsive to Plaintiffs' rule 34 requests on a rolling basis, and shall have an additional extension of time through August 28, 2015, to complete that production.

7. RehabCare shall provide Plaintiffs' counsel with detailed weekly status reports of RehabCare's document production efforts, until document production is complete.

8. Based on the list of custodians previously provided to Plaintiffs' counsel, Plaintiffs may provide a list prioritizing the order of custodians for purposes of RehabCare's document review. RehabCare will follow the order of priority provided by Plaintiffs' counsel for any custodians who have not yet been reviewed.

This Stipulation and Proposed Order is submitted to the Court for review and approval.

DATED: July 6, 2015

ON BEHALF OF OUR RESPECTIVE CLIENTS, WE SO STIPULATE.

| | |
|---|---|
| */s Jon M. Wilson* | */s Donald R. Fischbach* |
| Jon M. Wilson (Bar No. 190949) | Donald R. Fischbach (Bar No. 053522) |
| jwilson@broadandcassel.com | dfischbach@dowlingaaron.com |
| BROAD AND CASSEL | DOWLING AARON INCORPORATED |
| One Biscayne Tower, 21st Floor | 8080 N. Palm Avenue |
| 2 S. Biscayne Boulevard | Third Floor |
| Miami, Florida 33131 | Fresno, California 93711 |
| Telephone: 305.373.9400 | Telephone: (559) 432-4500 |
| *Counsel for Defendant RehabCare Group, Inc.* | *Counsel for Plaintiffs* |
| | |
| */s Oliver W. Wanger* | |
| Oliver W. Wanger (Bar No. 040331) | |
| owanger@wjhattorneys.com | */s Mark D. Kruthers* |
| WANGER JONES HELSEY PC | Mark D. Kruthers (Bar No. 179750) |
| 265 East River Circle | mkruthers@dowlingaaron.com |
| Suite 310 | DOWLING AARON INCORPORATED |
| Fresno, California 93720 | 8080 N. Palm Avenue |
| Telephone: 559.233.4800 | Third Floor |
| *Counsel for Defendant RehabCare Group, Inc.* | Fresno, California 93711 |
| | Telephone: (559) 432-4500 |
| | *Counsel for Plaintiffs* |
| | |
| */s Melissa Jill Gomberg* | |
| Melissa Jill Gomberg (Fl. Bar No. 44021) | |
| MGomberg@broadandcassel.com | *C. Darryl Cordero* |
| BROAD AND CASSEL | C. Darryl Cordero (Bar No. 126689) |
| One Biscayne Tower, 21st Floor | cdc@paynefears.com |
| 2 S. Biscayne Boulevard | PAYNE & FEARS LLP |
| Miami, Florida 33131 | 801 S. Figueroa Street |
| Telephone: 305.373.9400 | Suite 1150 |
| *Counsel for Defendant RehabCare Group, Inc.* | Los Angeles, California 90017 |
| | Telephone: (213) 439-9911 |
| | *Counsel for Plaintiffs* |

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR REHABCARE GROUP, INC. TO RESPOND TO PLAINTIFFS' DISCOVERY RESPONSES

```
                              /s Eric Michael Kennedy
                              Eric Michael Kennedy (Bar No. 228393)
                              emk@paynefears.com
                              PAYNE & FEARS LLP
                              801 S. Figueroa Street
                              Suite 1150
                              Los Angeles, California 90017
                              Telephone: (213) 439-9911
                              Counsel for Plaintiffs


                              /s Matthew K. Brown
                              Matthew K. Brown (Bar No. 252503)
                              mkb@paynefears.com
                              PAYNE & FEARS LLP
                              4 Park Plaza
                              Suite 1100
                              Irvine, California 92614
                              Telephone: (949) 797-1279
                              Counsel for Plaintiffs

                              /s Scott Z. Zimmermann
                              Scott Z. Zimmermann (Bar No. 078694)
                              szimm@zkcf.com
                              Law Offices of Scott Z. Zimmermann
                              601 S. Figueroa Street
                              Suite 2610
                              Los Angeles, California 90017
                              Telephone: (213) 452-6509
                              Counsel for Plaintiffs
```

## ORDER

Based on the parties' Stipulation and GOOD CAUSE SHOWN:

IT IS ORDERED that the parties' Stipulation is approved, adopted as the Order of the Court, and shall be performed.

IT IS SO ORDERED.

Dated:   **July 7, 2015**            **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR REHABCARE GROUP, INC. TO RESPOND TO PLAINTIFFS' DISCOVERY RESPONSES