Charles R. Messer (SBN 101094)
MesserC@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
CANNON & ASSOCIATES, LLC, dba POLARIS GROUP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. FELLEN, INC., a California corporation, dba SUNNYSIDE CONVALESCENT HOSPITAL, and DAKOTA MEDICAL, INC., a California corporation, dba GLENOAKS CONVALESCENT HOSPITAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>REHABARE GROUP, INC., a Delaware corporation, and CANNON & ASSOCIATES, LLC, a Delaware limited liability corporation, dba POLARIS GROUP,<br><br>Defendants | Case No. 14-cv-02081-GEB-SMS<br><br>**Joint Stipulation and Order Re: Extension of Time for Defendant Cannon & Associates, LLC, dba Polaris Group, to Respond to Discovery Served May 5, 2015** |

    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs R. FELLEN, INC., dba SUNNYSIDE CONVALESCENT HOSPITAL ("Sunnyside"), and DAKOTA MEDICAL, INC., dba GLENOAKS CONVALESCENT HOSPITAL ("Glenoaks") (Sunnyside and Glenoaks together referred to as "Plaintiffs") and Defendant CANNON & ASSOCIATES, LLC, dba POLARIS GROUP ("Polaris Group"), pursuant to Federal Rules of Civil Procedure 6(b)(1), 29(b) and 83, and Local Rule 143 and 144.

1. On May 5, 2015, Polaris Group was served with Plaintiffs' first set of discovery requests: Sunnyside's First Set of Interrogatories, Sunnyside's First Set of Requests for Admissions, Sunnyside's First Set for Requests for Production, and Glenoaks' First Set of Requests for Admission ("Discovery Requests").

2. Polaris Group's responses were due June 8, 2015.

3. Polaris Group has represented to Plaintiffs that it requires additional time in which to serve its responses to Plaintiffs' Discovery Requests.

4. On May 22, 2015, Plaintiffs' counsel Darryl Cordero agreed to a three-week extension, up to and including June 29, 2015, for Polaris Group to serve responses to the Discovery Requests.

5. On June 25, 2015, counsel for Polaris Group, Charles R. Messer, requested an further extension of time to respond to Plaintiffs' discovery, and Plaintiffs' counsel agreed that Polaris Group could have a 30-day extension to respond to the plaintiff's Discovery Requests, to and including July 29, 2015, on the condition that Polaris Group provide him with weekly updates about Polaris Group's tender to its liability insurer, and about the status of retaining specialists to assist Polaris Group with electronic discovery. Those updates are due July 1, 8, 15, 22, and 29, 2015.

6. Polaris Group represents that the relief it requests herein is intended in good faith and for no dilatory purpose.

7. The relief requested herein should not interfere with the time set for conducting discovery, for motions relating to class certification, for hearing motions, or for trial, and does not modify or interfere with this Court's Status (Pretrial Scheduling) Order [DE 28]. Plaintiffs reserve, however, their right to request extension of these dates in light of this extension.

8. This Court has authority to grant an enlargement of time for good cause under Rule 6(b)(1) of the Federal Rules of Civil Procedure. In the circumstances elaborated, good cause has been shown for the requested enlargement, which will not result in prejudice to any party.

9. Should the Court enter an order approving this stipulation, Polaris Group will provide Plaintiffs' counsel with weekly updates about Polaris Group's tender to One Beacon/Homeland, and about the status of retaining specialists to assist Polaris Group with electronic discovery.

10. Polaris shall have up to and including July 28, 2015, to serve responses and objections to Sunnyside's First Set of Requests for Production, Glenoaks' First Set of Requests for Admission, Sunnyside's First Set of Requests for Admission and Sunnyside's First Set of Interrogatories.  Polaris Group shall provide courtesy copies of all written responses to the discovery via email to all counsel of record for Plaintiffs no later than the day the responses are otherwise served.

11. Polaris Group is to provide weekly updates as to the status of its ability to retain an e-discovery vendor.  These updates shall commence on July 1, 2015, and continue every week thereafter until July 28, 2015.

12. This stipulation may be executed in counterparts with the effect that all signatures appear on the original stipulation.

This Stipulation and Proposed Order is submitted to the Court for review and approval.

DATED: July 9, 2015

1           ON BEHALF OF OUR RESPECTIVE CLIENTS, WE SO STIPULATE.

2

3

4         */s/  Charles R. Messer*                */s/  C. Darryl Cordero*
Charles R. Messer  (Bar No. 128509)     C. Darryl Cordero (Bar No. 126689)
5 messerc@cmtlaw.com                           cdc@paynefears.com
6 CARLSON & MESSER LLP                PAYNE & FEARS LLP
5959 W. Century Blvd. #1214            801 S. Figueroa Street
7 Los Angeles, CA 90045                    Suite 1150
Telephone: 310 242-2200               Los Angeles, California 90017
8 *Counsel for Defendant Polaris Group*     Telephone: (213) 439-9911
9                                                *Counsel for Plaintiffs*

10

11                                     */s Donald R. Fischbach*
                                     Donald R. Fischbach (Bar No. 053522)
12                                      dfischbach@dowlingaaron.com
13                                      DOWLING AARON INCORPORATED
                                     8080 N. Palm Avenue
14                                      Third Floor
15                                      Fresno, California 93711
                                     Telephone: (559) 432-4500
16                                      *Counsel for Plaintiffs*

17

18                                      */s Mark D. Kruthers*
Mark D. Kruthers (Bar No. 179750)
19                                    mkruthers@dowlingaaron.com
DOWLING AARON INCORPORATED
20                                    8080 N. Palm Avenue
Third Floor
21                                    Fresno, California 93711
Telephone: (559) 432-4500
22                                    *Counsel for Plaintiffs*

23                                    */s Eric Michael Kennedy*
24                                    Eric Michael Kennedy (Bar No. 228393)
                                   emk@paynefears.com
25                                    PAYNE & FEARS LLP
26                                    801 S. Figueroa Street
Suite 1150
27                                    Los Angeles, California 90017
Telephone: (213) 439-9911
28                                    *Counsel for Plaintiffs*

/s Matthew K. Brown
Matthew K. Brown (Bar No. 252503)
mkb@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza
Suite 1100
Irvine, California 92614
Telephone: (949) 797-1279
*Counsel for Plaintiffs*

/s Scott Z. Zimmermann
Scott Z. Zimmermann (Bar No. 078694)
szimm@zkcf.com
Law Offices of Scott Z. Zimmermann
601 S. Figueroa Street
Suite 2610
Los Angeles, California 90017
Telephone: (213) 452-6509
*Counsel for Plaintiffs*

ORDER

Based on the parties' Stipulation and GOOD CAUSE SHOWN:

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **July 17, 2015**               **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE