1
2
3
4
5
6
7
8
9
10
11
12

**United States District Court**

**Eastern District of California**

13  R. FELLEN, INC., *et al.*,

14          Plaintiff,

15      v.

16

17  REHABCARE GROUP, INC., *et al.*,

18          Defendants.

Case No. 1:14-cv-02081-MCE-SMS

Chief Judge Morrison C. England, Jr.

Assigned to Magistrate Judge Sandra M. Snyder for discovery matters

**[Proposed] Order Re Joint Stipulation to have Joint Statement of Discovery Disagreement re Plaintiffs' Notice of Motion and Motion to Compel Defendant RehabCare Group, Inc. to Provide Supplemental Responses to Interrogatories (Docket No. 91) Sealed**

19
20
21
22
23
24
25
26
27
28

1  Having considered the parties Joint Stipulation to have the Joint Statement of
2  Discovery Disagreement re Plaintiffs' Notice of Motion and Motion to Compel Defendant
3
4  RehabCare Group, Inc. to Provide Supplemental Responses to Interrogatories (Docket No.
5  91) Sealed, and finding good cause appearing, it is hereby ordered that Docket No. 91 is
6  immediately sealed, including all attachments and exhibits.
7
8  IT IS SO ORDERED.
9
10     Dated:   **January 15, 2016**                    **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE