PAYNE & FEARS LLP
C. Darryl Cordero (Bar No. 126689)
*cdc@paynefears.com*
Daniel F. Lula (Bar No. 227295)
*dfl@paynefears.com*
Eric M. Kennedy (Bar No. 228393)
*emk@paynefears.com*
801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone: (213) 439-9911

DOWLING AARON INCORPORATED
Donald R. Fischbach, Bar No. 053522
dfischbach@dowlingaaron.com
Mark D. Kruthers, Bar No. 179750
mkruthers@dowlingaaron.com
8080 N. Palm Avenue, Third Floor
Fresno, CA 93711
Telephone: (559) 432-4500

Attorneys for Plaintiffs
R. FELLEN, INC., DBA SUNNYSIDE CONVALESCENT HOSPITAL, AND
DAKOTA MEDICAL, INC., DBA GLENOAKS CONVALESCENT HOSPITAL

(*Full list of counsel provided on last page*)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| R. FELLEN, INC., *et al.*, | Case No. 1:14-cv-02081-DAD-SMS |
| Plaintiffs, | **AMENDED SCHEDULING ORDER RE CLASS CERTIFICATION** |
| v. | |
| REHABCARE GROUP, INC., *et al.*, | |
| Defendants. | |

Following the Court's Minute Order of March 10, 2016 (Dkt. No. 107), the parties jointly submit this [Proposed] Amended Scheduling Order re Class Certification[1] and suggest the following deadlines related to Plaintiffs' Amended Class Certification Motion:

| | |
|---|---|
| Initial Expert Witness Disclosures re Class Certification: | July 1, 2016 |
| Rebuttal Expert Witness Disclosures re Class Certification: | August 9, 2016 |
| Class Certification Discovery Deadline: | August 31, 2016 |
| Amended Class Certification Motion Filed: | October 3, 2016 |
| Opposition to Amended Class Certification Motion: | November 11, 2016 |
| Reply in Support of Amended Class Certification Motion: | December 6, 2016 |
| Hearing re Amended Class Certification Motion: | December 20, 2016 |

Having considered the parties' suggested dates regarding class certification and finding good cause the foregoing dates are hereby ordered.[2]

IT IS SO ORDERED.

Dated:  **April 5, 2016**                              _____
                                                       UNITED STATES DISTRICT JUDGE

---

[1] When this case was pending before Chief Judge England, the Court vacated all dates and hearings set forth in the Status Pretrial Scheduling Order and the Order Amending the Status Pretrial Scheduling Order. (DE 88) Because the March 10, 2016 Minute Order directed the parties to submit an amended scheduling order addressing only class certification, the parties respectfully suggest that an additional scheduling order be entered to address the following: (1) discovery (including, Expert Witness Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and Contradictory and/or Rebuttal Expert Witness Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii)); (2) Motions (including, the last hearing date); (3) Final Pretrial Conference (including, submission of the Joint Pretrial Statement); and (4) Trial.

[2] The court is aware of the parties' suggestion that an additional scheduling order be entered at this time scheduling the matter through trial. However, the court is inclined to delay the issuance of that additional scheduling order until the amended class certification motion is heard and resolved pursuant to the schedule set forth in this order. If the parties believe that is not appropriate, they should so inform the court.