# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. FELLEN, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>REHABCARE GROUP, INC., *et al.*,<br><br>  Defendants. | Case No. 1:14-cv-02081-DAD-SMS<br><br>ORDER GRANTING IN PART PLAINTIFFS' REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 122.) |

Before the Court is Plaintiffs' request to seal certain documents for the duration of this action. Defendants did not file an opposition. The Court finds this matter suitable for consideration without oral argument. L.R. 230(g).

Plaintiffs request to designate as "confidential" documents related to their motion to compel, filed on June 1, 2016. Doc. 121. Specifically, these include the "Joint Statement of Discovery Disagreement Re Plaintiffs' Motion to Compel" and declarations in support with attached exhibits. The declarations in support include those from attorneys Eric M. Kennedy, David L. Jordan, and Jon Wilson. The attached exhibits include the depositions of James Jeremy Ballard, Joseph B. Miller, and Charles Guy Cave. Of these depositions, the following are designated as "confidential" by Defendant RehabCare:

> May 9, 2016 James Jeremy Ballard 21:1-40:25
> May 9, 2016 James Jeremy Ballard 88:22-91:22
> May 9, 2016 James Jeremy Ballard 109:6-113:16

1

> May 9, 2016 James Jeremy Ballard 114:1-129:23
> May 9, 2016 Joseph B. Miller 5:1-82:23
> May 10, 2016 Charles Guy Cave 9:1-230:1

Under Local Rule 141, a party seeking to seal documents "shall submit . . . a "Notice of Request to Seal Documents," a "Request to Seal Documents," a proposed order, and all documents covered by the request." L.R. 141(b). Notably, Plaintiffs did not submit two of the above deposition excerpts: the "May 9, 2016 James Jeremy Ballard 21:1-40:25" and "May 9, 2016 James Jeremy Ballard 114:1-129:23." These total approximately 34 thirty-four pages of depositions.

Because Plaintiffs base their request on the earlier "Order on Stipulation for Protective Order," and given the latter's lack of opposition, the Court finds good cause and will therefore grant the request as to those documents which Plaintiffs provided in accordance with Local Rule 141. Doc. 50; *see Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2010) (explaining the standards which govern motions to seal and stating the standard applicable to "private materials unearthed during discovery" is governed by FRCP 26(c)—whether "good cause exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality") (internal quotations and citation omitted).

Accordingly, Plaintiff's request is GRANTED IN PART. Plaintiffs must comply with Local Rule 141 regarding the disposition of the documents to be sealed. Thereafter, the Clerk of Court is DIRECTED to seal:

1. the Joint Statement of Discovery Disagreement associated with Plaintiffs' motion to compel and

2. the declarations in support of the Joint Statement from Eric M. Kennedy, David L. Jordan, and Jon Wilson, including the exhibits in support, except for the following

deposition excerpts:

    a. May 9, 2016 James Jeremy Ballard 21:1-40:25 and

    b. May 9, 2016 James Jeremy Ballard 114:1-129:23.

IT IS SO ORDERED.

Dated: **July 6, 2016**                              **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE

    c.