UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. FELLEN, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REHABCARE GROUP, INC., et al.,<br><br>Defendants. | No. 1:14-cv-02081-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE R. FELLEN, INC. FROM THE CASE<br><br>(Doc. No. 137) |

On August 1, 2016, the parties filed a joint stipulation dismissing the individual claims of plaintiff R. Fellen, Inc. against defendants RehabCare Group, Inc., and Cannon & Associates, LLC, without prejudice and with each party to bear its own costs except. (Doc. No. 137.) In light of the parties' stipulation, the individual claims of plaintiff R. Fellen, Inc. against defendants RehabCare Group, Inc., and Cannon & Associates, LLC have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed without prejudice and without an award of costs to either party.

Since RehabCare Group, Inc., and Cannon & Associates, LLC were the only defendants in the action, (Doc. No. 1), the Clerk of the Court is directed to terminate plaintiff R. Fellen, Inc.,

/////

/////

/////

1

d/b/a Sunnyside Convalescent Hospital, from this case which will proceed only with respect to the claims of plaintiff Dakota Medical, Inc.

IT IS SO ORDERED.

Dated:  **August 2, 2016**     _____
UNITED STATES DISTRICT JUDGE