# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. FELLEN, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> REHABCARE GROUP, INC., et al., </br></br> Defendants. | Case No.: 1:14-cv-002081-DAD-BAM </br></br> ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES IN THE AMENDED SCHEDULING ORDER RE CLASS CERTIFICATION </br></br> (Doc. 140) |

Having considered the parties' joint motion for modification of the Court's Amended Scheduling Order re Class Certification (Doc. 140), and good cause appearing, IT IS HEREBY ORDERED that the joint motion to extend the deadlines for rebuttal expert designation and class certification discovery is GRANTED. The deadline for rebuttal expert disclosures for class certification is extended to **September 7, 2016**, and the deadline for class certification discovery is extended to **September 16, 2016**. This modification does not alter the class certification briefing schedule or the hearing date set for the amended class certification motion.

IT IS SO ORDERED.

Dated:  **August 25, 2016**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE