Dowling Aaron Incorporated
Donald R. Fischbach, Bar No. 053522
dfischbach@dowlingaaron.com
Mark D. Kruthers, Bar No. 179750
mkruthers@dowlingaaron.com
8080 N. Palm Avenue, Third Floor
Fresno, CA 93711
Telephone: (559) 432-4500

Payne & Fears LLP
C. Darryl Cordero, Bar No. 126689
cdc@paynefears.com
Scott O. Luskin, Bar No. 238082
sol@paynefears.com
Matthew K. Brown, Bar No. 252503
mkb@paynefears.com
1100 Glendon Avenue, Suite 1250
Los Angeles, California 90024
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Marko & Magolnick, P.A
Joel S. Magolnick, Bar No. 776068
magolnick@mm-pa.com
3001 S.W. 3rd Avenue
Miami, Florida  33129
Telephone: (305) 740-1967

Attorneys for Plaintiff Dakota Medical, Inc.,
dba Glenoaks Convalescent Hospital

**United States District Court**

**Eastern District of California, Fresno Division**

| | |
|---|---|
| R. FELLEN, INC., *et al.*, | Case No. 1:14-cv-02081-DAD-BAM |
| Plaintiffs, | **ORDER VACATING BRIEFING SCHEDULES ON PENDING MOTIONS** |
| v. | |
| REHABCARE GROUP, INC., *et al.*, | |
| Defendants. | |

The parties filed a Notice of Settlement indicating that the class claims in this action have been settled.  (Doc. 169).  Based on the notice, this Court VACATES the briefing schedules for Plaintiff's amended motion for class certification and RehabCare's motion for summary judgment.

The parties SHALL file their Unopposed Motion for Preliminary Approval in compliance with Local Rule 230 and District Judge Dale A. Drozd's standing order available on the Court's website.

IT IS SO ORDERED.

Dated:   **November 22, 2016**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE